# EXHIBIT B

ROJAS
OLIVA &
VENTURA



# FAX TRANSMISSION

ROJAS, OLIVA & VENTURA
2250 S.W. 3rd Avenue
Miami, FL 33129
305.856.6868
Fax: 305.856.7771

**To:** Minh T Nguyn  **Date:** June 4, 2003

**Fax #:** 305-590-4410  **Pages:** 1, including this cover sheet.

**From:** Ruben Oliva

**Subject:** U.S.A. v. Alejandro Bernal

COMMENTS:

Hi Minh:

In addition to the fax I previously sent you I have been contacted by the family of Alejandro Bernal regarding some additional matters. Specifically, I want to advise you that Alejandro's brother and his wife and children already have visas to come to the US. However, the family wanted you to know that they are part of the family even if they do not need your assistance at this time to come to the U.S. They are:

Brother: Luis Arturo Bernal Madrigal
Wife: Maria Cecilia Giraldo
Daughter: Manuela Bernal Giraldo
Daughter: Sara Bernal Giraldo

As far as Alejandro's mother (Maria del Consuelo Madrigal) she has a visa and they are trying to find out if his father, Arturo Bernal Arango, needs a visa.

The information contained on this cover sheet, and the page(s) attached hereto, is confidential, is legally protected by the attorney-client privilege, the work-product privilege, and constitutional privacy rights, and is intended to be transmitted and communicated only to the addressee named above. Any recipient of this message who is not the addressee above is hereby notified that any publication, dissemination, distribution and copying of this Fax Cover Sheet or attached page(s) is strictly prohibited. If you have received this communication in error you are asked to immediately notify us by collect telephone call, and to mail the Fax Cover Sheet and attached page(s) to Rojas, Oliva & Ventura at the address set forth above. Thank you for your cooperation and assistance.

PLEASE NOTIFY US IMMEDIATELY IF NOT RECEIVED PROPERLY