# EXHIBIT C

8-28-03

Hola Ruben:

Me sorprendi mucho con lo activo de
tinh el dia q' vino a verte 8 dias despues
de mi sentencia pero q' le pienso un poder
dicul dice q' yo le pertenesco a él y no
puedo hablar con nadie sin su autorizacion
tambien me dijo q' no me habian cumplido
con el SAI en la sentencia porq' yo me
estaba haciendo el listo y q' no pude
entrar a la oficina con tiago a los mis
8 dias antes de la operacion xilenio
10-13-99, porq' ellos habian desconectado
los equipos 1½ mes (un mes y medio) antes
de dicha operacion.

No entiendo Ruben en cambio antes de
venirme me dice el coronel Gonzalez q' dios
y yo estuve alli 2 meses y q' esto es un
error q' me fue lo den de aclaracion y el
senor I serenio porq' en colombia es pro-
hibido instalar microfonos y era necesario
otro forma de escuchar mis conversaciones
dentro de la oficina

cuando Paul Cesane me dijo en feb 2002
c hablara con Diego - oficial de la policia
de colombia encargado de hacer las gra-
baciones yo no queria pero no tuve otra
salida y era para esto.

me hizo 2 preguntas
1. q' si lo den me estaba extorcionando y
2. q' se les iba a ayudar con las grabaciones
no le dije q' lo de la extorcio asi e caso
wucina el narcotrafico y sobre lo de las
grabaciones y microfonos le dije q' yo
iba a decir 8 dias no 2 meses como
me lo pidio el coronel Gonzalez en lo
dijin. no iba a creer nadie.

no se si Vina por su inexperiencia o
si pero como me dice eto? si el no sabia
lo mismo DEA pe lo pidio y no se lo
comunicaron, pues quese callaron, o por
si me asocon para el jucio si yo soy
un mentiroso?

Por favor schesue eto con los fiscales y
con Mark y g' le pregunten a la DEA de
accesra Pot Canne g' haya sido do
hace g' no sea yo el dado del paseo
y el tonto util

y si quieren me hago un poligra pa'o lo
hace g' quieran y aprovechevan y g' me
pregunter sobre el tema 9-11
belacionecon con TASCON-REGALLON y
Michael Blocker?

especo pues Ruben g' me puedan schecar
todo eto pues no es justo g' despues de
todo por lo g' he pasado que toce es
Ruban Pasando ami y mi familia, shora
le salgan con eto.

Acuerde g' delante Blancry Orlando te
dije g' yo acepterse los 20 a dos sin
cooperar pero no meter a mi familia
en problemas y no quiero yo como un
Sapo. Nick coles me obligo a cooperar
por lo cuento del Marty Mich sobre
de mi sra y suego. Tu sabes g' yo no
quiero y como era 2 testigos ahora g'
no me salgan con eto todos sabian g'
stoba mintiendo en el jucio y me por
ryudelos y pog' no tenia otra salida
No te olvides decirle a Ricardo del toco g'
me dejo por en Miami para estar cerca de
mis hijos y por si me necesitan para Algo
Aus.

"Te quiero y me quedo corto. Alejo

— 2 —

I did not want to talk to him but had no choice, and it turned out to be for the same issue. He asked me two questions:

1. If the DEA was exterting me.

2. If I was going to help them with the matter of the recordings.

I told him that, regarding the extertion, that how drug trafficking works. About the recording devices, I told him I was going to say I had seen

5-28-03



3-28-03

Hello, Ruben.

I was very surprised with Minh's attitude when he came to see me eight days after I was sentenced. He asked me to sign a power of attorney stating I "belong" to him, and I cannot talk to anybody without his authorization. He also said they had not come through with the 50% sentence reduction because I was trying to be too smart. Minh stated I could not have entered the office adjacent to mine and seen the recording equipment eight days prior to the Millennium arrests (10-13-99) because they had removed those devices one-and-a-half months prior to that.

I don't understand, Ruben; in Colombia, before I was brought here, Col. Gonzalez asked me to say I had been there (inside the adjacent office) two months earlier. He explain this was a favor requested by DEA Colombia and General Serrano, because in Colombia it is illegal to install microphones inside an office and this would show an alternate way that they could have listened to conversations going on in my offices.

In February of 2002 Paul Craine (DEA Agent) asked me to speak to "Diego LNU", a Colombian police officer who was in charge of the recordings.

— 2 —

I did not want to talk to him but had no choice, and it turned out to be for the same issue. He asked me two questions:

1. If the DEA was extorting me.
2. If I was going to help them with the matter of the recordings.

I told him that, regarding the extortion, that how drug trafficking works. About the recording devices, I told him I was going to say I had seen them eight days prior to the arrests and not two month, as Col. Gonzalez had requested while we were at DIJIN. I told him nobody was going to believe that.

I don't know if this is due to Minh's inexperience or what, but how could he say that to me? If he didn't know it was the DEA themselves who asked me to do this, if they hadn't told him, well, keep it quiet. Else, why did they use me for the trial if I am a liar?

Please clear this up with the prosecutors and with Minh, and tell them to ask DEA in Bogota about it; specifically, Paul Craine, who brought "Diego" to me, so I am not left to look like a fool or a useful idiot now,

-3-

Tell them if they want me to I will take a polygraph any time they want, and we can use the occasion so they can ask me about the September 11th subject. Did they corroborate this with Tascón, Febellón, and Michael Blacker?

I hope, Ruben, that you can clarify all this for me, because it would not be just that after everything I have been through, and will have to keep going through along with my family, that now they respond with this.

Remember that I told you in front of Blanca and Orlando that I would accept the twenty years without cooperation so I wouldn't get my family in trouble and be left like a snitch. Nick Colen forced me to cooperate because of the Merrill Lynch account in my wife's and father-in-law's names. You know I did not want to and those two witnesses were there, so don't let them pull this on me now. Everyone knew I was lying at trial and it was to help them, and because I didn't have another way out. Don't forget to tell Ricardo del Toro to leave me here in Miami so I can be close to my sons, and in case they need me for anything else.