# EXHIBIT D

Ruben Oliva  Mon Mar 15, 2004                                                    Page

E-mail

| | |
|---|---|
| From: | Ruben Oliva |
| Date: | Wed Mar 3, 04 - 3:27 PM - E-mail |
| To: | Ricardo.Del.Toro@usdoj.gov |
| CC: | |
| Subject: | RE: RE: Bernal, Alejandro |
| | |
| Contact: | Mr. Rick del Toro |
| File: | Bernal, Alejandro - |

I will pass along the message.

-----Original Message-----
From: Ricardo.Del.Toro@usdoj.gov
Sent: Wednesday, March 03, 2004 10:22 AM
To: 'rubenoliva@rovlaw.com' (Receipt Notification Requested) (IPM Return Requested)

Ruben:

I have copied below my last message to you.

Rick

Ruben:

I've been in touch with DEA. They're following up with DHS on the parole requests and trying to get Blanca Vargas more money for subsistence. On my end, I've discussed the situation with Ed Ryan and Glenn Alexander, both of whom contacted Jodi Avergun, the chief of Narcotics Division at DOJ, in order to get her to shake up DHS a bit. I think this may help expedite matters. So, we are doing everything we can from our positions down here. Please convey all of this to Bernal and to his family and relatives.

Apparently this morning, Astrid Bernal made her way, unescorted, unannounced and without authorization into the hall just outside my office. She was intercepted by another AUSA because I was not in. This is a serious problem. I cannot, as I'm sure you understand, meet with cooperating witnesses' relatives every time they have a problem. Fortunately, DEA has more flexibility in that respect, and I know Minh has been responsive to their needs. Minh cannot work miracles, he can only do what he can. I cannot deal with each of the relatives, ad hoc and on demand, to meet their needs. However, I am glad to hear their concerns THROUGH YOU, as we have been doing over the past months. Please, convey to Bernal's relatives, that you will communicate their problems to me and I will continue to do anything I can to help. Please also remind them that I am only a line prosecutor, not director of homeland security, or DEA treasurer, etc. I will make whatever calls are necessary to help. I cannot take the role of savior, social worker or friend. I will do right by Bernal by continuing to assit Minh in getting things done.

I also received a letter from Bernal, which was introspective and serious. He asks that I meet with his relatives and that I not forget him. Please also relate the above information to him. Of course, I know that his cooperation is ongoing and extensive. When the time comes to file a R.35 motion, I know you'll call me and we will review his cooperation. Please calm any fears he has about that.

Ruben, you know that Glenn, Ed and I will continue to work with DEA to keep the government's commitments to your client.

Rick Del Toro

-----Original Message-----
From: rubenoliva@rovlaw.com [mailto:rubenoliva@rovlaw.com]
Sent: Wednesday, March 03, 2004 10:26 AM
To: Del Toro, Ricardo
Subject: Re: Bernal, Alejandro

Hi Rick:

On behalf of my client I apologize for the unannounced visit of his sister. It was totally inappropriate. I will bring it to her attention.

For your records, my e-mail address is ruben@rojasoliva.com