# EXHIBIT E

1-19-05

Hola Ruben:

Que bueno que recibistes mi carta y espero que esta también "confirmame por favor". Se que tengo que confiar en ti porque si no estaría jodido si dudara de tu ética y profesionalismo como abogado, persona y amigo. Aunque todos estuvieron en contra de que fueras mi abogado en un principio me latiste buena gente y honesto y por eso me la jugué contigo y quiero que así sea hasta el fín de este proceso que ojalá y no sea muy grande ni largo. En la carta pasada te conté cosas y en esta te voy a contar mas porque tengo que tomar una decisión y espero que me apoyes hasta el fin.

El tel. de Vasconcelos:
52555-346-3803 directos
52555-346-3800 Lic. Cuahutemoc Gomez, secretario particular

Confirma lo que te conté en la carta pasada, no es mi intención perjudicar a nadie, pero que conste que fueron ellos los que le cerraron la puerta para que viniera a verme el Lic. Vasconselos, porque? Yo si se.

Hay una persona que habló con Glenn Alex. en diciembre sobre mi R-35 y Glenn le dijo: "Que Minh le había dicho que yo no me he ganado la rebaja y que yo no tengo nadie en la calle que me pueda ayudar, que yo estoy muy caliente en Colombia. También le dijo que el no ha pensado en hacer, por el momento, nada con Ed Ryan sobre mi R-35, obviamente por lo que dijo Minh a Glenn A.

Que esta pasando?
1- No creo que tu me mientas
2- Nos están engañando a los 2
no veo otra explicación

Esta persona que habló con Glenn en dic. le va a enviar a Glenn y a Ed Ryan y El Toro todo lo que yo les he ayudado y fuera de eso está de acuerdo que si es del caso habla contigo y te sostiene la conversación que tuvo con Glenn A. Es un hombre serio y le veo las intenciones muy honestas de querer ayudarme, aparte por supuesto que es un agente de la DEA.

En la carta pasada te puse cual fue el compromiso que hizo Ed Ryan conmigo sobre documento (Guiyo) etc, etc, etc.

Mi punto es:
Si nos están mintiendo o engañando a los dos, necesito tu apoyo. Es que le voy a escribir una carta al Sr. Juez Moore, explicandole mi inconformidad por lo que me esta pasando.
1- Que me declaré culpable a un cargo que tuvieran que acomodarla y cambiarle hasta una letra para que yo me viera bien en el juicio (CCE) en común acuerdo contigo y los 4 fiscales y que esto por supuesto no afectaría mi sentencia y sin embargo acuerdate que fue lo primero que el Juez Moore mencionó y se pegó de esto en mi sentencia.

2- Que me prometiste 11 años y en el primer año de mi sentencia me darían mi R-35 y quedaría yo en libertad. Obviamente con consentimiento de los fiscales porque tu no puedes tomar estas decisiones sin ellos. Ese es el arreglo que tu llevas con ellos.

3- Me prometieron ayudarme con mis propiedades en Colombia.

4- Me prometieron $5000 mensuales para mi Sra. mientras yo salía de la carcel.

5- Blanca sigue sin visa, sin permiso de trabajo, etc. Afortunadamente mis hermanas y madre ya les dieron algo ayer 18 de enero/05 ya año y medio después. "Burocracia" ok, ni modo, pero gracias a Dios algo es algo.

6- El día de mi sentencia Orlando Sanchez le dijo a Minh que le entregaría a Armando Valencia para que me lo acreditara a mi como una R-35 y Minh le dijo que no me ayudara, que me dejara por haberme metido en este problema. ("Minh no esta por ayudarme. No comas cuento de que me quiere ayudar, si fuera cierto lo que el dice yo ya estaría afuera. Tu sabes que cuando quieren quieren!!) Esto me confirma mas lo que le dijo Glenn al agente de la DEA en dic.

7- El único testigo que sabía en cuantos kilos estaba invirtiendo Fabio era yo. Sin mi no ganan el caso y eso lo sabemos todos, o no?

8- No protesté ni un día los 26 meses en el SHU porque disque me los iban a valer por doble tiempo.

9- La foto que me tomaron los agentes del FBI de El Paso, TX, Sergio Mercado y Armando Ramos Jr. y el agente de la DEA Rene de ciudad Juarez y un mapa que hice de mi puño y letra al agente de la DEA Nick Collen fueron a pasar a manos de U.C., como? No creo que ni tu tengas una explicación para esto. Yo si y tu sabes cual es "corrupción o grandes ligas" como prefieres llamarla.

10- Viene el Sr. David Thinsley y se ponen todos celosos como putas que alguien como un Sr. de estos me quiere ayudar y porque yo le pueda ayudar en varios casos.
Tu mismo me dijiste la ultima vez aquí, que no me metiera en nada mas, que yo no necesito hacer nada que si no me iba en dic. me quedaban faltando 7 meses "estas fueron tus palabras". Ruben yo no quisiera meterme en nada mas pero garantizame que en esos 7 meses me voy y así sera.
O te dejo esto por escrito "nuevamente" tengo que hacer algo que le guste a Minh y CIA? ó a quien le tengo que besar el culo?

11- Cuando llegué me acuerdo que me preguntaron por Razguño y Arcangel Henao (Norte Del Valle) si trabajé/hice negocios con ellos? Los presenté en Mex con A.C., mi compadre y hasta el día de hoy Rasguño sigue con V.C. trabajando a pesar de que el está en Cuba, porque conozco su trabajador en Mex y fue el que me mando la razón de la foto y el mapa.
Hay interés de que no ayude para esto sobre el cartel del Norte Del Valle? perjudico a V.C. en Mex? o me perjudico soy yo? que piensas? Quiero oír tu muy sincera opinión al respecto, no

conozco a nadie mas del Norte del Valle con excepción de Beto Rentería quien fuera el Patrón de Guiyo Angel y Chupeta en su momento, o sea hace 15 años, pero jamas hice negocios con el.

Ruben son muchas cosas las que me pasan por la cabeza escribirle al Sr. Juez Moore y pedirle una audiencia con los fiscales, contigo, mi familia, Patricia Uribe, Orlando, el agente de la DEA que hablo con el, etc. y demonstrar que no hay buena fé para conmigo.
Estoy listo para hacerlo, si hice lo que me tocó en el juicio de Fabio voy hasta el fin pase lo que pase, peor prueba que esa no hay ninguna, así que dime mi viejo: la hacemos? o que?  si nos están viendo la cara a los dos no veo otra salida y no creo que sea justo lo que han hecho conmigo, reconozco que me equivoqué pero hice un trato con ellos y no me cumplen, me aumentaron fuera de eso 4 puntos de líder para joderme mas.  Ruben <u>yo no fuí a juicio hice un trato/arreglo y creo que no pudo ser peor</u>.

Si al 30 de este mes no tenemos nada voy a hacer la carta pase lo que pase, creo que estoy en todo mi derecho y me siento estafado.  La ultima vez que no vimos, Minh delante de 3 agentes de la DEA dijo que sí, que lo mío era para dic.  Si no esta la decisión en el, porque hace estas aseveraciones?  no me digas que eso no es una burla y jugar con la vida de una persona y toda una familia.

Yo cumplí y a mi que me cumplan.

Gracias por todo Ruben espero y estes conmigo hasta el fin y salgamos de esto como queremos los dos "bien"
"Acuerdate lo que te conté del micrófono de la oficina y Minh sabía y todos sabían".

Alejo

P.S.  Venme a ver antes del 30 de enero, no te voy a llamar, personalmente mejor <u>gracias</u>.

1-19-05

Hello Ruben:

It's good that you received my letter, and I hope this one too.
"Please confirm."  I know I have to trust you because if not I would
be up the creek, if I doubted your professionalism and ethics as
an attorney, person and friend.  Although everybody was opposed
to your being my attorney, from the beginning you struck me as
good people and honest and that's why I gambled on you, and I want
this to continued until the end of the preceedings which I hope
will not be too big or too long.  In my last letter I told you
some things and in this one I will tell you more, because I have
to make a decision and I  hope to have your support all the way.

Vasconcelos' tel. no.:
52555-346-3803 direct
52555-346-3800 Atty. Cuahutemoc Gomez, private secretary

Confirm what I told you in the last letter; it is not my intent
to  damage anybody, but I want it known that it was they who closed
the door to Atty. Vasconcelos coming to see me.   Why?   I do know.

There is a person who spoke to Glenn Alex. in december about my
R-35 and Blenn told him:  "That Minh had said I had not earned the
reduction and that I have no one on the streets who can help me,
that I am under a lot of heat in Colombia.  He also told him that
he has not considered doing anything else with Ed Ryan regarding
my R-35, for now, obviously due to what Minh told Glenn A.

What is happening?
1-I can't believe you would lie to me
2-They are lying to both of us
I cannot see another explanation

This person who spoke with Glenn in December is going to send
Glenn and Ed Ryan and El Toro everything I have helped them with,
and further is agreeable if necessary to talk with you and stand
by the conversation he had with Glenn A.  He is a serious man and
I see very honest intent in him for helping me; in addition, of
course, he is a DEA Agent.

In the previous letter I wrote what the commitment was that Ed Ryan
made with me about documents (Guiyo) etc. etc. etc.

My point is:
If they are lying to or tricking both of us, I need your help.  I
am going to write a letter to Mr. Judge Moore, explaining my dis-
satisfaction with what's going on.
1- That I pled guilty to a charge that had to be fixed and even
have a letter changed so I would look good in trial (CCE), by
agreement with you and the four prosecutors, and that this of
course would not affect my sentence, yet as you remember this
was the first thing Judge Moore mentioned and latched onto at my
sentencing.

2-That you promised me 11 years and that during the first year of my sentence they would give me my R-35 and I would be free. Obviously with the agreement of the prosecutors because you cannot make those decisions without them. That is the agreement that you carry with them.

3-They promised to help me with my properties in Colombia.

4-They promised me $5000 monthly for my wife while I got out of jail.

5-Blanca still has no visa, work permit, etc. Fortunately my sisters and mother were given something yesterday, January 18/05, one and a half years later. "Bureaucracy," okay, nothing to do, but thank God it's something.

6-On my sentencing day Orlando Sanchez told Minh he would give him Armando Valencia so I would be credited with it as a R-35 and Minh told him not to help me, to leave me for having gotten myself into this problem. ("Minh is not trying to help me. Don't believe his tale that he wants to help, if that were true I would already be out. You know that when they want to they want to!!) This confirms even further for me what Glenn told the DEA agent in Dec.

7-The only witness who knew how many kilos Fabio was invested in was me. Without me they don't win the case, and we all know that, don't we?

8-I did not protest one day of the 26 months in SHU because supposedly they were going to count them for double time.

9-The picture that the FBI agents in El Paso, TX (Sergio Mercado and Armando Ramos Jr.) and Juarez DEA agent Rene took of me, and a map I drew with my own hand for DEA agent Nick Collen ended up in U.C.'s hands. How? I know and you know what it is, "corruption, or the major leagues," whichever you choose to call it.

10-Mr. David Thinsley comes to see me and everyone gets jealous like whores because someone like this gentleman wants to help me because I could help him in several cases. You told me yourself the last time here, not to get myself into anything else, that I don't need to do anything, that if I don't leave in Dec. I would have seven months left. "Those were your words." Ruben, I don't want to get into anything else, but guarantee me that I will leave in those seven months and I won't. Or should I leave this in writing "again"? Do I have to do what pleases Minh and CIA? Or whose ass do I have to kiss?

11-When I got here I remember they aske dme about Razguno and Arcangel Henao (Valle North), if I worked or had dealings with them? I introduced them in Mexico to A.C., my compadre, and to this day Rasguno keeps working with V.C. even while he is in Cuba, because I know his underling in Mex and he was the one who sent me the message and the map. Is there an interest that I not help with this about the Valle North Cartel? Do I do damage

to V.C. in Mex? Or do I damage myself? What do you think? I want to hear your very frank opinion. I don't know anyone in the Valle North Cartel other than Beto Renteria, who was at one time Guiyo Angel's and Chupeta's boss, in other words 15 years ago, but I never had dealings with him.

Ruben, there are many things going through my mind about writing Judge Moore and asking for a hearing with the prosecutors, with you, my family, Patricia Uribe, Orlando, the DEA agent who spoke with him, etc., and pprivng that there are not honest intentions regarding me. I am ready to do it; if I did what I had to do in Fabio's trial I will go to the end whatever happens; there is no stronger evidence than that, so tell me, old man: do we do it? Or what? If they are [seeing us as fools or weak] I don't see another option, and I don't believe what they've done with me is fair. I know I did wrong but I made an agreement with them and they won't keep it, on top of that they increased me by four points for leadership so they can screw me more. Ruben, I did not go to trial, I made a bargain/agreement, and I think it could not have been worse.

If by the 30th of this month we have nothing I will write the letter come what may, I think I have all the right to and I feel ripped off. The last time we saw each other, Minh, in front of 3 DEA agents, said yes, that my [release] was for December. If he can not make that decision, why does he make these statements? Don't tell me this is all a farce and they play with a person's life and that of a whole family.

I came through, and want them to keep their word.

Thanks for everything, Ruben; I hope you are with me to the end and we both come out of this like we want to, "good." "Remember what I told you about the microphone in the office, and Minh knew and they all knew."

Alejo

P.S. Come see me before January 30, I am not going to call you, it's better in person, thanks .