# EXHIBIT F



ROJAS & OLIVA

*FASJ NOJE*

May 17, 2005

Alejandro Bernal
62493-004
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

Re: U.S.A. v. Alejandro Bernal

Estimado Alejandro:

Recibí su carta hoy día y quiero responderte lo antes posible (por lo tanto perdoname cualquier falta de ortografía). Quisiera en el alma decirte que estas totalmente equivocado pero te estaría mintiendo. Aunque el único que me ha pagado es usted la realidad es que el gobierno no te ha cumplido en la manera que yo mismo encuentro aceptable. Nos han viniendo mamando gallo desde el año pasado. Nos prometieron que tendrías tu rebaja para las navidades y nos encontramos a medio año y nada. Entiendo perfectamente que no te he mostrado que soy "el mejor." Sin embargo, no quiero que dudes (aunque entiendo porque lo harías) que esta demora ni ha sido culpa mía ni ha sido algo de la cual yo estaba de acuerdo o anticipaba. Yo soy, y siempre he sido, leal a ti y nunca te he dicho una mentira. Sin embargo, entiendo plenamente porque dudas de mi a esta altura. Es por eso que siempre te he mandado los correos electrónicos de Glenn para que te des cuenta que yo he estado empujando esto desde el año pasado. Ahora si, yo creo que el plazo que me has dado es razonable y que yo me pondré las pilas para poder resolverte esto antes que se acabe el mes. Espero que si lo logro y te consigo una buena rebaja podrás de nuevo opinar que soy el mejor. Es mi única esperanza de poder recuperar lo que estos hijos de puta informales me han quitado contigo – tu amistad y confianza!

Siempre seré tu fiel amigo pero entiendo y acepto tu frustración y enojo. Por lo menos espero que me concedas que nunca me he escondido de ti o de mi responsabilidad.

Muy cordialmente,

Ruben Oliva
RO:lr

Attorneys at Law ■ 80 S.W. 8th Street ■ Suite 1900 ■ Miami, Florida 33130 ■ 305-373-6868

Rojas & Oliva FastNote
May 17, 2005

Dear Alejandro:

I received your letter today and want to answer you as soon as possible (therefore please forgive any spelling errors). In my heart I would want to tell you you are totally wrong, but I would be lying to you. Although you are the only one who has paid me, the reality is that the government has not complied with you in a way that I myself would find acceptable. They have been jerking us around since last year. They promised us you would have your reduction by Christmas and here we are a year and a half later and nothing. I understand perfectly that I have not shown you I am "the best." However, I don't want you to have the doubt (although I can understand why you would) that this delay has been my fault or has been something I was party to or anticipated. I am, and have always been, loyal to you and have never told you a lie. I understand fully, however, why you are doubting me at this point. This is why I have always sent you the e-mails from Glenn, so you can see that I have been pushing this since last year. I do believe you have given me a reasonable window of time in which to resolve this, and I will give it my all to do so by the end of the month. I hope that if I am successful and you get a substantial reduction, you can once again feel I am the best. It's my only hope to reclaim what these unprofessional sons of bitches have taken from me--your friendship and trust!

I will always be your faithful friend, but I understand and accept your frustration and anger. At least I hope you grant me that I have never shied away from you or my responsibilities.

Very cordially,

Ruben Oliva



## ROJAS & OLIVA

*FASTNOTE*

May 17, 2005

Alejandro Bernal
62493-004
Federal Detention Center
P.O. Box 019120
Miami, FL 33101

Re: U.S.A. v. Alejandro Bernal

Estimado Alejandro:

Te envíe otra carta respondiendo a tu carta de mayo 15. Luego de enviarte la carta le envíe un correo electrónico a Glenn bastante duro y me respondió por teléfono hoy día. El me dijo que el estaría enviando la moción para la rebaja hoy día para que se archivada esta misma semana y me dijo que trataría de fechar la rebaja antes de el final de mes. Haber si es verdad!! En cuanto me llegue la moción te la envío.

Si tiene alguna pregunta o necesita mas información no dude en comunicarse conmigo. Nuevamente, le agradecemos la oportunidad de poder brindarle nuestros servicios legales.

Muy cordialmente,

Ruben Oliva

RO:lr

Rojas & Oliva FastNote
May 17, 2005

Dear Alejandro:

I sent you another letter responding to your correspondence of May 15th. After sending you that letter, I dispatched a pretty stern e-mail to Glenn, and he responded by telephone today. He said he would be sending the motion for reduction today so it could be filed this week, and told me he would try to fix the date for the reduction hearing before the end of the month. Let's see if it's true! As soon as I get the motion I will send it to you.

If you have any questions or need more information do not hesitate in contacting me. Once again, we thank you for the opportunity to provide you our legal services.

Very cordially,

Ruben Oliva