# EXHIBIT G

# SUMMARY

8-25-05

Hola Ruben:

Ayer vino Minh con Luis y hablamos de Fany Barrera. También le conté sobre West Carribean Airlines que tuvo un accidente en Venezuela la semana pasada. Yo conozco el presidente y supuesto dueño porque los verdaderos son otros. El ya sabia y quedo muy contento. Blanca va a llamar a Colombia a mi amigo a ver si decide venir a ver a Minh. En persona te cuento los detalles. Esto es bien importante.

Pero lo mas importante de todo lo que hable con Minh y que yo quería dejar bien claro con el es lo del 9-11.

Ruben tenemos que conversar personalmente, pero no cinco minutos, mínimo 30 minutos y sin afanes. Aprovechas y ves a Gustavo, esta desesperado, no cree en ti ni en nadie, le sacaron el mayordomo de la finca y parece que es la misma gente que le hicieron el daño a Orlando.

Acabo de hablar con Minh, va para Washington hoy a dar el informe mio, eso es bueno.

SUMMARY

8-25-05

Hello Ruben:

Yesterday Minh came with Luis and we talked about Fany Barrera. I also told them about West Caribbean Airlines, who had an accident in Venezuela last week. I know the president and supposed owner, because the real owners are others. He already knew and was very happy. Blanca is going to call my friend in Colombia to see if he makes up his mind and comes to see Minh. I will tell you the details in person. This is very important.

But the most important thin  I talked with Minh and that I wanted to leave very clear was the 9-11 issue.

Ruben, we have to talk in person, but not for five minutes, minimum of 30 minutes and without haste. You can use the opportunity to see Gustavo; he is desperate, he doesn't trust you or anybody; they took out his caretaker from the farm and it seems it's the same people who hurt Orlando.

I just talked with Minh, he's going to Washington to give my information, that is good.