# EXHIBIT H

**Bernal Cooperation:**

Timeliness:

1. Agreed to provide assistance while still pending extradition. _and in plane days_ _of extradition_

2. Immediately upon his arrival in the United States agreed to be interviewed pursuant to a proffer agreement.

Nature and extent:

1. Interviewed over fifty times by the Government.

2. Provided extensive information to the Government previously unknown to them.

3. Unlike the rest of the cooperating defendants in this case (or any other), the defendant was instrumental in translating the recorded conversations by correcting the translation and identifying the speakers. Identified specific incriminating conversations for government.

4. Testified over three days for the Government in the trial of Fabio Ochoa

5. _Mario Astaiza consulted ylc of Bernal._

Usefulness and Significance:

1. The translation and identification of the speakers was vital to the Government's ability to prosecute the case.

2. His information assisted the Government in understanding the overall conspiracy.

3. His willingness to cooperate encouraged others to plead and cooperate and others to simply plead. Over a dozen co-defendants pled partly as a result of the Defendant's willingness to plead and cooperate.

4. His testimony was vital and crucial in the successful prosecution of Fabio Ochoa.

5. One of the highest level traffickers to provide assistance to the Government.

6 - 03

Truthfulness and completeness:

1. Was complete and truthful in his assistance.

2. Provided information not previously known to the Government.

Risk of danger, etc.:

1. Agreed to testify against a violent and powerful drug trafficker who:

   a. has already arranged for the murder for hire of a major government witness, Barry Seal.

   b. while incarcerated plotted along with Asprilla and Rebellon the murder of four DEA agents (including the SAC and ASAC) in Medellin, Colombia. Defendant insisted it not be done. *Leo Arreedow, SAC [illegible]* *Paul [illegible] + Nick [illegible]* *Chris Fisfel, ASAC* *Bogotá* *[illegible]*

   c. again while incarcerated, attempted to hire the FARC to assassinate the Defendant.

   d. This should be contrasted to Defendant's reluctance to participate in violent acts. Explains why he did no tell his co-defendants about his discovery of the wiretap in his office b/c he feared that they would have the Colombian police women killed.

2. Because of his high level he is a target of other drug traffickers who want to set an example for others who might testify against them in the future.

3. The FARC *AUC* might want to kill him for fear of his future testimony and information. *(9-11)*

4. As a result of his vulnerable position, has been held in Solitary Confinement at the SHU since his arrival (over 20 months) where he has received very poor treatment because of his willingness to testify against Ochoa.

5. Has been threatened both before and during the trial.