UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22659-CIV-Moore/Garber

FABIO OCHOA,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER

THE COURT has received petitioner's Motion for Reconsideration [DE 105] directed to this Court's Order entered on October 2, 2009 [DE 102], striking petitioner's Supplement to Claims I and II of his Motion pursuant to 28 U.S.C. §2255. The Court has also received the government's response in opposition to said Motion.

The Court, in its Order of October 2, 2009, sets forth that "[I]t clearly appears to the Court that . . .submissions of the petitioner are attempts to re-litigate the facts presented during the course of the trial in which petitioner was convicted and sentenced. Further, the Supplement reasserts matters that have previously [been] considered by the Court and makes no presentation of any facts or issues not previously raised and considered."

"Been there-done that" seems to properly describe the petitioner's efforts to have this Court reconsider its October 2, 2009 Order. The Motion for Reconsideration advances arguments that have all been considered by the Court on numerous occasions, culminating in its Order of October 2.

Aside from the issue of timeliness, properly raised by the government, no new and relevant argument or points have been raised by the petitioner's Motion now considered by the Court.

The petitioner's convictions have been affirmed by the Eleventh Circuit, and the United States Supreme Court has denied his application for certiorari. Accordingly, and upon due consideration and a review of the record in this cause, it is hereby

ORDERED that petitioner's Motion for Reconsideration is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of November, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE