UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22659-CIV-Moore/Garber

FABIO OCHOA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## OMNIBUS ORDER

THE COURT has received petitioner's (1) Motion for Writ of *Habeas Corpus Ad Prosequendum* and *Habeas Corpus Ad Testificandum* [DE 83]; (2) Verified Motion to Preserve Testimony [FR 92]; and, Amended Motion to Preserve, and/or to Perpetuate Testimony [DE 107]. The Court has received the government's responses to said Motions.

Motion (1) above has been previously addressed by the Court in its Order requiring the Bureau of Prisons to retain the petitioner in the Southern District of Florida, which is the relief petitioner seeks in Motion (1). Accordingly, the petitioner's aforesaid Motion (1) is DENIED AS MOOT.

Motions (2) and (3) have been previously considered by the Court when it denied the petitioner's right to pursue discovery in this cause. Accordingly, and upon due consideration, it is hereby

ORDERED that petitioner's Motions (2) and (3) are each DENIED.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of November, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE